ACCEPTED
04-14-00620-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
1/30/2015 8:36:33 AM
KEITH HOTTLE
CLERK

No. 04-14-00620-CV

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
01/30/2015 8:36:33 AM
KEITH E. HOTTLE
Clerk

IN THE COURT OF APPEALS
FOR THE FOURTH DISTRICT OF TEXAS
AT SAN ANTONIO

ROSA OBREGON PEREZ, ET AL.

*Appellants,*

v.

THE GOODYEAR TIRE & RUBBER COMPANY,

*Appellee*

On Appeal from Cause No. 26130, In the 83rd Judicial District Court of Val Verde County, Texas, Honorable Robert E. Cadena, Presiding

UNOPPOSED FIRST MOTION FOR EXTENSION OF TIME
TO FILE APPELLANTS' REPLY BRIEF

TO THE HONORABLE COURT OF APPEALS:

Appellants ROSA OBREGON PEREZ, RICARDO O. PEREZ, Individually and as Next Friend of ROSA ELIA PEREZ, MARIA PEREZ JALOMUS, JUAN JOSE PEREZ, JULIO PEREZ, JR., and FERNANDO PEREZ, respectfully request that the time to file their reply brief be extended until 20 days after either Appellee files its amended brief or February 23, 2015, whichever is earlier. This is their

first request for an extension of time to file their reply brief. The requested extension is unopposed.

## I.

This appeal arises from the July 31, 2014 Final Judgment rendered by the trial court. The notice of appeal was filed by mail on August 26, 2014, and received by the trial court on September 2, 2014. The Clerk's Record was filed on October 15, 2014. Appellants' brief was filed on December 14, 2014. Appellee filed its brief on January 21, 2015. Appellants' reply brief is currently due to be filed on or before February 10, 2015. However, that date could change depending upon whether Appellee files an amended brief.

Due to the sealed record that is part of the appellate record in this appeal, Appellee also requested that its attorneys be permitted to review the sealed record and, if necessary, file an amended brief. On January 23, 2015, this Court granted the motion, permitting access to the sealed record and until February 23, 2015 to file an amended brief, if they choose to do so. Appellants respectfully request that the deadline for filing their reply brief be extended until 20 days after either Appellee files an amended brief or February 23, 2015, whichever is earlier.

## II.

This extension is not sought for purposes of delay, but to limit the amount of unnecessary briefing that is filed with this Court. Under the current deadlines, Appellants would be required to file a reply brief responding to the arguments raised in Appellee's brief by February 10, 2015. However, due to the Court's order, those arguments could change should Appellee file an amended brief, thus necessitating a second reply brief by Appellants. In order to ensure that Appellee has presented all of its arguments before Appellants reply, Appellants respectfully request that the deadline for filing their reply brief be extended until 20 days after either an amended brief has been filed or the time for filing one has passed, whichever is earlier.

## III.

## CERTIFICATE OF CONFERENCE

The undersigned conferred with counsel for Appellee, and Appellee does not oppose the requested extension.

WHEREFORE, PREMISES CONSIDERED, Appellants ROSA OBREGON PEREZ, RICARDO O. PEREZ, Individually and as Next Friend of ROSA ELIA PEREZ, MARIA PEREZ JALOMUS, JUAN JOSE PEREZ, JULIO PEREZ, JR., and FERNANDO PEREZ, respectfully request that the Court grant their motion for extension of

time in which to file their reply brief and extend the deadline until 20 days after either Appellee files an amended brief or February 23, 2015, whichever is earlier, and grant such other and further relief to which they are justly and equitably entitled.

Respectfully submitted,

  /s/ William G. Neumann_____
William G. Neumann, Jr.
SB 14931000
HAGOOD & NEUMANN
1520 E. Highway 6
Alvin, Texas 77511
Telephone: 281.331.5757
Fax: 281.331.1105
*Counsel for Appellants*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document will be sent to the following parties of record:

J. Michael Myers
NATHAN HOWELL SMITH & LEE, PLLC
10001 Reunion Place, Suite 600
San Antonio, Texas 78216
*Attorneys for Appellee*
*The Goodyear Tire* & *Rubber Company*

       /s/ William G. Neumann_____
       William G. Neumann, Jr.